■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE HERNANDEZ, Also Known as ANDRES HERNANDEZ, Ap-

pellant. [665 NYS2d 328] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered September 14, 1994, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The sentence imposed was not excessive (*see, People v Suitte*, 90 AD2d 80).

The defendant's remaining contentions are unpreserved for appellate review. O'Brien, J. P., Thompson, Santucci and McGinity, JJ., concur.